IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 MAY 23 PM 12: 32

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Lawrence Little - Pro se

3017 Garrison Blvd

Baltimore City Md 21216

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Eastern District Police station
1620 Edison Highway
Baltimore City Md 21213
Donal Estes - 1620 Edison Highway
Baltimore City md 21213
Herbert Segar - 1620 Edison Highway
Baltimore City md 21213
Brandon Chambers - 1620 Edison
Highway, Baltimore City md 21213
Cedricot Booth - 1620 Edison Highway
Baltimore City md 21213

*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: **WDQ 13 CV 1514**
*(Leave blank. To be filled in by Court.)*

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

2. The facts of this case are:

Donald ESTES, claim to have saw me the Plaintiff Purchas Narcotics, via CCTV Camera's, I Believe than sent other officer's to locate me the Plaintiff.

I was enroute to my destination when a Police car pulled in front of me the Plaintiff And stopped me, I was then searched And held for Approximately 45 minute then Arrested without my Rights been Read to me, then I was questioning at the eastern District about other crimes. Thereby, these officers took me over central Booking and for About 8 hour's I was let out on my own Recognence. During my Court date on June 1, 2012 the case was Nolle Prosequi. The Eastern district Police station officers cause my Parole to be violated, And I was Falsely Arrested due to the fact the CCTV camera ofc. Donald Estes said he seen A drug trans Action on, At Court it was told to me by the ASA that the cameras did not capture Anything.

3. The relief I want the court to order is:

☑ Damages in the amount of: $ 400,000 _____

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____


_____          *Lawrence Little*
(Date)                              (Signature)

                                    LawRence Little

                                    3017 GARRISON Blvd

                                    Baltimore city md 21216

                                    443-377-8678
                                    (Printed name, address and phone number of
                                    Plaintiff)


### Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.